IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Danasia Williams, | ) | Case No.: 2:24-cv-06110-BHH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Sensio, Inc., | ) | **SECOND AMENDED SCHEDULING** |
| Defendant. | ) | **ORDER** |

      Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following amended schedule is established for this case.

      1.      Defendant shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **August 13, 2025**.

      2.      Discovery shall be completed no later than **October 14, 2025**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Hendricks in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by the local rule for filing such motion.**

      3.      Mediation shall be completed in this case on or before **October 14, 2025**. See the Mediation Order filed in this case which sets forth mediation requirements.

4.      All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Rule 12, and those relating to the admissibility of evidence at trial shall be filed on or before **November 12, 2025** (Fed. R. Civ. P. 16(b)(3)(A)).

5.      This case is subject to being called for jury selection and/or trial the later of 60 days after dispositive motions have been resolved or **February 12, 2026**.  Once a specific jury selection and trial date are scheduled, a Notice will be issued at that time.  The Notice will set forth deadlines for the Fed. R. Civ. P. 26(a)(34) pretrial disclosures and objections, Motions in Limine, Pretrial Briefs, and marking of exhibits.

s/ Bruce Howe Hendricks  
Bruce Howe Hendricks  
United States District Judge

Dated: June 11, 2025  
Charleston, South Carolina